Argued and submitted March 28, reversed and remanded April 11, reconsideration denied June 15, petition for review withdrawn June 26, 1984 (297 Or 340)

## STATE OF OREGON,
*Appellant,*

*v.*

## MICHAEL WILLIAM PARKER,
*Respondent.*

(139,979; 140,318; CA A29426)

679 P2d 351

Margaret E. Rabin, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

David E. Groom, Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before Gillette, Presiding Judge, and Joseph, Chief Judge, and Van Hoomissen, Judge.

PER CURIAM

**PER CURIAM**

In this criminal case the trial court's order suppressing statements made by defendant to the police, and the fruits derived therefrom, is reversed. *See State v. Burdick,* 57 Or App 601, 643 P2d 351 (1982); *State v. Oakes,* 19 Or App 284, 527 P2d 418 (1974).

Reversed and remanded for trial.